Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| COUNSEL FINANCIAL HOLDINGS LLC | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 20-CV-1698 |
| v. | |
| SULLIVAN LAW, L.L.C., ET AL. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiff's Motion for Attorney's Fees and Costs is Granted and Judgment is entered in favor of the Plaintiff against Defendant, Robert C. Sullivan, in the amount of $9,737.24.

| | |
|---|---|
| Date: March 26, 2021 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Jennifer V.<br>    Deputy Clerk |